# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| Elvira Collins, | ) |
| Plaintiff(s), | ) |
| vs. | ) No. 09-0182-CV-W-FJG |
| International Collection Services, Inc., | ) |
| Defendant(s). | ) |

## CLERK'S ORDER OF DISMISSAL

On the 10th day of August, 2009, the plaintiff herein having filed her Notice of Dismissal pursuant to, Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i),

IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed with prejudice.

AT THE DIRECTION OF THE COURT

Ann Thompson, Clerk of Court

/s/ Rhonda Enss

By    Rhonda Enss
Deputy Clerk

Date: August 14, 2009